# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| GEORGIAN PLUCINSKI, | ) | **Case No. 14-36024** |
| | ) | |
| Debtor. | ) | **Honorable Timothy A. Barnes** |

## CERTIFICATE OF SERVICE

Brian A. Audette, an attorney, certifies that on the 7th day of September, 2017, he caused the ***Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)*** to be filed electronically with the Court. Notice of this filing will be served by U.S. Mail, first-class postage prepaid, to the parties listed on the attached service list.

Dated:  September 7, 2017                                         BRIAN A. AUDETTE, INTERIM TRUSTEE


By: */s/ Brian A. Audette*
       Chapter 7 Trustee


OF COUNSEL:
Brian A. Audette
**PERKINS COIE LLP**
131 S. Dearborn Street, Suite 1700
Chicago, Illinois  60603
Tel.:  (312) 324-8534
Fax:  (312) 324-9534

87955-0025/136871870.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 14-36024<br>Northern District of Illinois<br>Chicago<br>Thu Sep  7 10:57:31 CDT 2017 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Captial One Bank USA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Comcast<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 | Hyundai Motor Finance<br>PO Box 20835<br>Fountain Valley, CA 92728-0835 |
| Rocky Wirtz<br>680 N. Lakeshore Dr.<br>Chicago, IL 60611-4546 | Social Security Administration<br>Great Lakes Program Service Center<br>600 W. Madison St.<br>Chicago, IL 60661-2474 | Brian Audette<br>Perkins Coie LLP<br>131 S Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559 |
| Dennise L. McCann<br>Anderson & Associates, P.C.<br>400 S. County Farm Rd., Suite 320<br>Wheaton, IL 60187-4547 | Georgian Plucinski<br>422 West Melrose<br>#1108<br>Chicago, IL 60657-3859 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)John Plucinski | (u)Daniel S Kirschner<br>Daniel S. Kirchner and Corboy & Demetrio | End of Label Matrix<br>Mailable recipients    11<br>Bypassed recipients     2<br>Total                  13 |